JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR H. VILLANUEVA, | Case No. CV 05-05068-RSWL (JCR) |
| Plaintiff, | |
| v. | JUDGMENT |
| M. SULLIVAN, et al., | |
| Defendants. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 20, 2008

RONALD S. W. LEW
Senior United States District Judge